**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

ALAN D. TURNER,                    )
                                   )
          Plaintiff,               )
                                   )
     v.                            )          No. 1:19CV4  HEA
                                   )
UNKNOWN TILLMAN, et al.,           )
                                   )
          Defendants.              )

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that plaintiff's official capacity claims against defendants Unknown Tillman and Unknown Davis are **DISMISSED** without prejudice for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this order of partial dismissal would not be taken in good faith.

Dated this 23rd day of April, 2019.

_____
     HENRY EDWARD AUTREY
     UNITED STATES DISTRICT JUDGE