UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| ALAN D. TURNER, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| vs. | ) Case No: 1:19CV4 HEA ) |
| NELSON C. TILLMAN, et al., | ) ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Produce Evidence [Doc. No. 19] and Motion to Produce Documents [Doc. No. 23]. Also before the Court is Plaintiff's Motion to Continue case until he can get declarations [Doc. No. 18], alternately titled "Motion to Deny Summary of [sic] Judgment." Defendants failed to respond to these motions.

Plaintiff, who is currently incarcerated at the Cape Girardeau County Jail, filed complaint on January 11, 2019 [Doc. No. 1]. Defendants filed their answers on June 6, 2019 [Doc. No. 11]. In the instant motions to produce, Plaintiff requests the production of specific reports, documents, photographs, medical records, and videos related to his claim. Defendants have not responded.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants are to Show Cause to the Court, within 10 days of the date of this order, why the Court should not compel the production of evidence identified in Plaintiff's Motion to Produce Evidence [Doc. No. 19] and Motion to Produce Documents [Doc. No. 23].

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Continue/Motion to Deny Summary Judgment [Doc. No. 18] is DENIED as premature, as no motion for summary judgment has been filed.

Dated this 18th day of October, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE